**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BREONNA ANTHONY, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>               Defendant. | Case No. 1:21-cv-06322<br><br>The Hon. John F. Kness, District Judge<br><br>The Hon. Heather K. McShain, Magistrate Judge |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT WALMART INC. WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Named Plaintiff, Breonna Anthony, by and through undersigned counsel, hereby voluntarily dismisses her claims, without prejudice, as against Defendant Walmart Inc. only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 4, 2022             Respectfully submitted,

                                       */s/ Catherine T. Mitchell*
                                       James B. Zouras
                                       Ryan F. Stephan
                                       Catherine T. Mitchell
                                       STEPHAN ZOURAS, LLP
                                       100 N. Riverside Plaza, Suite 2150
                                       Chicago, Illinois 60606
                                       312-233-1550
                                       312-233-1560 *f*
                                       jzouras@stephanzouras.com
                                       rstephan@stephanzouras.com
                                       cmitchell@stephanzouras.com

                                     **ATTORNEYS FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on January 4, 2022, I filed the attached with the Clerk of

the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Catherine T. Mitchell*